```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 28944
   TINA GILBERT
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8066


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/27/2008 and was not confirmed.

     The case was dismissed without confirmation 02/02/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AT&T                      UNSECURED        NOT FILED           .00            .00
AT&T                      UNSECURED           164.79           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED           501.26           .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED          1132.50           .00            .00
SPRINT PCS                UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           330.91           .00            .00
GREAT AMERICAN FINANCE C  UNSECURED        NOT FILED           .00            .00
BUSCHBACH INS AGENCY      UNSECURED        NOT FILED           .00            .00
PRA RECEIVABLES MGMT      UNSECURED          1628.82           .00            .00
NATIONAL ACTION FINANCIA  UNSECURED        NOT FILED           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED           294.50           .00            .00
PENCREDIT CORP            UNSECURED        NOT FILED           .00            .00
RMI/MCSI                  UNSECURED           600.00           .00            .00
CITY OF CALUMET CITY      UNSECURED        NOT FILED           .00            .00
CITY OF CALUMET CITY      UNSECURED        NOT FILED           .00            .00
VILLAGE OF LANSING        UNSECURED        NOT FILED           .00            .00
CGR SERVICES INC          UNSECURED        NOT FILED           .00            .00
CITIFINANCIAL AUTO CREDI  SECURED VEHIC     4096.00            .00            .00
GREAT AMERICAN FINANCE    SECURED            500.00            .00            .00
GREAT AMERICAN FINANCE    UNSECURED         1110.67            .00            .00
CITIFINANCIAL AUTO CREDI  UNSECURED          406.61            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,474.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 28944  TINA GILBERT
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                   ---------------     ---------------
TOTALS                                        .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 03/05/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                            PAGE   2
            CASE NO. 08 B 28944 TINA GILBERT